IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Eric Patton, #313922, | C/A No.: 1:20-3691-JMC-SVH |
| Plaintiff, | |
| v. | ORDER |
| Albert L. Mack; Travis Guess; and South Carolina Department of Corrections, | |
| Defendants. | |

This matter comes before the court upon defense counsel's filing of a letter from Plaintiff. [ECF No. 15]. The letter states in relevant part: "I just want to clear this matter up. I never filed a complaint against nobody in SCDC. Someone is playing a game and wrote that complaint in my name. So whatever was wrote, I didn't write it. I would like the whole matter to end." *Id.*

Plaintiff is directed to advise the court by filing by January 18, 2021, whether he wishes to voluntarily dismiss this case without prejudice. The filing should be addressed to United States District Court, 901 Richland Street, Columbia, South Carolina 29201.

IT IS SO ORDERED.

January 4, 2021
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge